No. 88–6289. JACKSON *v.* SOUTH TEXAS COLLEGE OF LAW ET AL. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 88–6292. DAVIS-EL *v.* ROBINSON. C. A. 4th Cir. Certiorari denied. 

No. 88–6295. MILLS *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 88–6296. SPICKLER *v.* DUBE ET AL. C. A. 1st Cir. Certiorari denied. 

No. 88–6297. SMALL *v.* BUMGARNER, SUPERINTENDENT, SOUTHERN CORRECTIONAL CENTER, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 88–6298. MADDOX *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–6299. NOBLES *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Ct. Crim. App. Tex. Certiorari denied.

No. 88–6300. SANDERS *v.* LANE, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied. 

No. 88–6301. SULTANA *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied. 

No. 88–6307. TINGHITELLA *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 88–6309. TAYLOR *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. 

No. 88–6311. ZATKO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 88–6313. STORY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 88–6328. MCCABE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.